Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Charles L. Allers, Appellant, v. Olga S. Allers, Respondent. (Appeal No. 1.) — Motion to resettle order denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

Charles L. Allers, Appellant, v. Olga S. Allers, Respondent. (Appeal No. 2.) — Motion to resettle order denied. Present — Blackmar. P. J., Kelly, Jaycox, Manning and Kelby, JJ.

John F. Ryan, Appellant, v. John W. Crawford and Others, Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

George Allen, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Herman Apfelbaum, Respondent, v. Albert B. Gross and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, upon the opinion by Mr. Justice Kapper at Special Term [Reported in 117 Misc. Rep. 140]. Rich, Kelly, Jaycox, Kelby and Young, JJ., concur.

Max Feuer, Appellant, v. Leopold Schaller and Others, Respondents.— Appeal dismissed on default, with costs, for non-compliance with the condition of the order dated January 20, 1922, denying a motion to dismiss the appeal. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

Anna Frank, Respondent, v. Alfred M. Redmond and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Z. Ralph Hallock and Orvis H. Luce, Copartners, etc., Appellants, v. William W. Fawcett, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the damages should have been ascertained as of the last day of the month of March, 1920. We are also of opinion that the court was correct in holding that the correspondence between the parties constituted a valid contract for the purchase of four cars of potatoes. Blackmar, P. J., Jaxcox, Manning, Kelby and Young, JJ.' concur.

In the Matter of the Application of Morgan J. O'Brien and Others, as Executors, etc., of John D. Crimmins, Deceased, Appellants, for a Peremptory Writ of Mandamus, Directed to John P. O'Brien, as Counsel to the Corporation, or Chief Law Officer of The City of New York, etc. (Potter Avenue, Borough of Queens, City of New York.) The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of Morgan J. O'Brien and Others, as Executors, etc., of John D. Crimmins, Deceased, Appellants, for a Peremptory Writ of Mandamus, Directed to John P. O'Brien, as Counsel to the Corporation, or Chief Law Officer of The City of New York, etc. (Woolsey Avenue, Borough of Queens, City of New York.) The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Petition of George J. Rappold and John Rappold, Respondents, to Render and Settle Their Account as Executors, etc., of Gottlieb